IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00082-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| MARCO FALLAS HERNANDEZ (8) | ) | |
| | ) | |

**THIS MATTER** is before the Court on defense counsel's Motion for Special Admission to Practice in this District, pursuant to Local Civil Rule 83.1(B)(2). (Doc. No. 18).

The motion recites that counsel is an experienced member in good standing of the Florida Bar, is admitted to practice before the United States Court of Appeals for the Fourth Circuit and others, and has been previously granted pro hac vice admission to practice in this District and others. (<u>Id.</u> at 2-3). Local Rule 83.1(B)(1) provides pro hac vice admission for attorneys who are members of good standing of the bar of a federal court or the highest court of a state with the association of local counsel. Counsel clearly qualifies for pro hac vice admission. Special admission may be granted under the rule to avoid associating local counsel. L. Cv. R. 83.1(B)(2). Here, with local counsel residing and practicing in Ft. Lauderdale, Florida, with no North Carolina office, and one prior pro hac vice admission in this District, (Doc. No. 18: Motion at 2-3), the Court finds that the association of local counsel will aid the administration of justice in this matter.

**IT IS, THEREFORE, ORDERED** that counsel's motion for special admission, (Doc. No. 18) is **DENIED**. However, counsel may appear pro hac vice upon satisfying the requirements in Local Rule 83.1(C).

Signed: July 31, 2015

Robert J. Conrad, Jr.
United States District Judge